※AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

SAINT-GOBAIN GLASS FRANCE,

    Plaintiff,

v.

AUTOMOTIVE COMPONENTS
HOLDINGS, LLC,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06 - 446

TO: (Name and address of Defendant)

AUTOMOTIVE COMPONENTS HOLDINGS, LLC
c/o The Corporation Trust Company, Registered Agent
The Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                                 7/21/06
CLERK                                                                                    DATE

*E. Stricklin*
(By) DEPUTY CLERK

⸿AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  7/21/06 |
| NAME OF SERVER (PRINT)  Patrick Boyer | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Automotive Components Holdings, LLC c/o The Corporation Trust Company, Registered Agent, The Corporation Trust 1209 Orange Street, Wilmington, DE 19801

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/21/06
           *Date*

*Signature of Server*

230 N. Market Street
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.