IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAINT-GOBAIN GLASS FRANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-446 (JJF) |
| | ) | |
| AUTOMOTIVE COMPONENTS HOLDINGS, LLC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to September 15, 2006.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19899-0951
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Plaintiff*

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Collins J. Seitz, Jr.
   Collins J. Seitz, Jr. (#2237)
   Kevin F. Brady (#2248)
   1007 North Orange Street
   P.O. Box 2207
   Wilmington, DE 19899
   Tel: (302) 658-9141
   cseitz@cblh.com
   kbrady@cblh.com

*Attorneys for Defendant*

OF COUNSEL:

Arthur I. Neustadt
Jean-Paul Lavalleye
Aarti Shah
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000

OF COUNSEL:

Ernie L. Brooks
Frank A. Angileri
Brian S. Tobin
BROOKS KUSHMAN P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

744584