IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN GLASS FRANCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUTOMOTIVE COMPONENTS )<br>HOLDINGS, LLC, )<br>)<br>Defendant. ) | C. A. No. 06-446 (JJF) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Arthur I. Neustadt, Jean-Paul Lavalleye, and Aarti Shah of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1940 Duke Street, Alexandria, Virginia 22314 to represent plaintiff Saint-Gobain Glass France in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: August 16, 2006
745506

*Attorneys for Plaintiff Saint-Gobain Glass France*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 14, 2006    Signed:    /s/ Arthur I. Neustadt
                                    Arthur I. Neustadt
                                    OBLON, SPIVAK, McCLELLAND,
                                      MAIER & NEUSTADT, P.C.
                                    1940 Duke Street
                                    Alexandria, Virginia 22314
                                    Telephone: (703) 413-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 16, 2006    Signed:    /s/ Jean-Paul Lavalleye
                                                              Jean-Paul Lavalleye
                                                              OBLON, SPIVAK, McCLELLAND,
                                                                MAIER & NEUSTADT, P.C.
                                                              1940 Duke Street
                                                              Alexandria, Virginia 22314
                                                             Telephone: (703) 413-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 16, 2006        Signed:    /s/ Aarti Shah
                                        Aarti Shah
                                        OBLON, SPIVAK, McCLELLAND,
                                         MAIER & NEUSTADT, P.C.
                                        1940 Duke Street
                                        Alexandria, Virginia 22314
                                        Telephone: (703) 413-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 16, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Collins J. Seitz, Jr.
Kevin F. Brady
Connolly Bove Lodge & Hutz LLP 1007
North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on August 16, 2006, I have Electronically Mailed the attached document to the following non-registered participants:

Ernie L. Brooks
Frank A. Angileri
Brian S. Tobin
Brooks Kushman P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
ebrooks@brookskushman.com
bk@brookskushman.com
btobin@brookskushman.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

742702