IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| SAINT-GOBAIN GLASS FRANCE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C. A. No. 06-446 (JJF) |
| AUTOMOTIVE COMPONENTS HOLDINGS, LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of **Ernie L. Brooks, Frank A. Angileri and Brian S. Tobian**, of the law firm of Brooks Kushman, P.C. to represent Automotive Components Holdings, LLC.

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Collins J. Seitz, Jr. (#2237)
Kevin F. Brady (#2248)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
302-658-9141

*Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                             Joseph J. Farnan, Jr., United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Michigan Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: 8/28, 2006

Ernie L. Brooks        (P22875)
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351
E-mail: ebrooks@brookskushman.com

*Attorney for Defendant*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Michigan Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: __8-28__, 2006

Frank A. Angileri    (P45611)
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351
E-mail: fangileri@brookskushman.com

*Attorney for Defendant*

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Michigan Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: 8/28, 2006

Brian S. Tobin        (P67621)
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351
E-mail: btobin@brookskushman.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on August 29, 2006 I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* of Ernie L. Brooks, Frank A. Angileri and Brian S. Tobian with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

>Collins J. Seitz, Jr. (# 2237)
>CONNOLLY, BOVE, LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, Delaware 19899
>cseitz@cblh.com