

David E. Moore
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

December 20, 2006

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: **Saint-Gobain Glass France v. Automotive Components Holdings, LLC
C.A. No. 06-446 (JJF)**

Dear Judge Farnan,

    Enclosed for Your Honor's consideration is the parties' Proposed Rule 16 Scheduling Order. The parties have no disputes regarding the proposed schedule. Counsel are available at the Court's convenience if Your Honor has any questions.

    Very truly yours,

    */s/ David E. Moore*

    David E. Moore

RLH/msb
768643 / 30535

Enclosure
cc:    Clerk of the Court (w/enc.) (via hand delivery)
       Collins J. Seitz, Jr. (w/enc.) (via electronic mail)
       Ernie L. Brooks (w/enc.) (via electronic mail)
       Arthur I. Neustadt (w/enc.) (via electronic mail)