IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAINT-GOBAIN GLASS FRANCE,        :
                                  :
          Plaintiff,              :
                                  :
    v.                            : Civil Action No. 06-446-JJF
                                  :
AUTOMOTIVE COMPONENTS             :
HOLDINGS, LLC.,                   :
                                  :
          Defendant.              :

**RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by **February 15, 2007** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **March 30, 2007.**

3. **Discovery.**

   (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **May 15, 2007.** All fact discovery shall be commences so as to be completed by **June 29, 2007,** except as set forth in paragraph 3(g) below.

(b) Maximum of **25** interrogatories, including contention interrogatories, for each side.

(c) Maximum of **50** requests for admission by each side.

(d) Maximum of **10** depositions by plaintiff(s) and **10** by defendant(s), excluding expert depositions.  Depositions shall not commence until the discovery required by Paragraph 3(a, b and c) is completed.  For 30(b)(6) depositions, every **(7) seven** hours shall be counted as one deposition.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof by **July 16, 2007**; from the party responding by **August 15, 2007.**

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than **September 14, 2007.**

(g) Defendant shall identify whether it will rely upon advice of counsel defense to the charge of willful infringement no later than **May 31, 2007** and shall produce any documents relating thereto at the same time.  Fact discovery on willfulness only shall be extended through **July 31, 2007.**

4. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion.  The

Notice of Motion shall indicate the date on which the movant

seeks to have the motion heard.  The date selected shall be

within 30 days of the filing of the motion and allow or briefing

in accordance with the Federal and Local Rules.  Available motion

dates will be posted on the Court's website at

www.ded.uscourts.gov.

      (b) At the motion hearing, each side will be

allocated twenty (20) minutes to argue and respond to questions

from the Court.

      (c) Upon filing of the Notice of Motion, a copy of

said Notice shall be sent to Chambers by-email at:

jjf_civil@ded.uscourts.gov

      5.  **Amendment of the Pleadings.**  All motions to amend

the pleadings shall be filed on or before **March 30, 2007.**

      6.  **Case Dispositive Motions**.  Any case dispositive

motions, pursuant to the Federal Rules of Civil Procedure, shall

be served and filed with an opening brief on or before **October 1,**

**2007.**  Any opposition shall be filed by **October 31, 2007** and any

reply by **November 15, 2007.**  Briefing shall be pursuant to D.

Del. LR 7.1.2.  No case dispositive motion may be filed more than

ten (10) days from the above date without leave of the Court.

The Court will issue a separate Order regarding procedures for

filing summary judgment motions.

      7.  **Markman.** A Markman Hearing will be held on **July 12,**

**2007 at 9:00 a.m.**  The parties shall file opening Markman Briefs

ten (10) days before the hearing and responsive Markman Briefs
five (5) days before the hearing.  The Court, after reviewing the
briefing, will allocate time to the parties for the hearing.

        8.  **Applications by Motion.**

        (a) Any applications to the Court shall be by
written motion filed with the Clerk of the Court in compliance
with the Federal Rules of Civil Procedure and the Local Rules of
Civil Practice for the United States District Court for the
District of Delaware (Amended Effective January 1, 1995).  Any
non-dispositive motion shall contain the statement required by D.
Del. LR 7.1.1 and be made in accordance with the Court's December
15, 2006 Order on Procedures for Filing Non-dispositive motions
in Patent Cases.  Parties may file stipulated and unopposed
Orders with the Clerk of the Court for the Court's review and
signing.  The Court will not consider applications and requests
submitted by letter or in a form other than a motion.

        (b) No facsimile transmissions will be accepted.

        (c) No telephone calls shall be made to Chambers.

        (d) Any party with a true emergency matter
requiring the assistance of the Court shall e-mail Chambers at:
jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short
statement describing the emergency.

        9.  **Pretrial Conference and Trial.**

        (a)  A Pretrial Conference will be held on
**Thursday, December 6, 2007 at 10:30 a.m.,** in Courtroom No. 4B on
the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The

Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

     (b)  Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference.  Counsel should be available during the 120 day period for trial.


    January 9 , 2007                         
         DATE                     UNITED STATES DISTRICT JUDGE