IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN GLASS FRANCE, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>AUTOMOTIVE COMPONENTS )<br>HOLDINGS, LLC, )<br>)<br>*Defendant.* )<br>_____ ) | Civil Action No. 06-446 (JJF) |

### STIPULATION AND ORDER OF DISMISSAL

The parties hereto have reached an Agreement settling this matter. Pursuant to this Agreement, the parties, by their counsel, stipulate that plaintiff's claims shall be dismissed with prejudice, defendant's counterclaims shall be dismissed without prejudice, and each party shall bear its own attorney fees and costs. The dismissal of defendant's counterclaims without prejudice shall not be construed as varying the terms of the Agreement.

POTTER ANDERSON &
CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (I.D. #2246)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000

Attorneys for Saint-Gobain
Glass France

CONNOLLY BOVE LODGE &
HUTZ LLP

By: /s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (I.D. #2237)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141

Attorneys for Automotive
Components Holdings, LLC


SO ORDERED:

Dated: _____, 2007
Wilmington, Delaware

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE