IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN GLASS FRANCE, | ) |
| Plaintiff, | ) Civil Action No. 06-446 (JJF) |
| v. | ) |
| AUTOMOTIVE COMPONENTS HOLDINGS, LLC, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL

The parties hereto have reached an Agreement settling this matter. Pursuant to this Agreement, the parties, by their counsel, stipulate that plaintiff's claims shall be dismissed with prejudice, defendant's counterclaims shall be dismissed without prejudice, and each party shall bear its own attorney fees and costs. The dismissal of defendant's counterclaims without prejudice shall not be construed as varying the terms of the Agreement.

| POTTER ANDERSON & CORROON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (I.D. #2246)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br><br>Attorneys for Saint-Gobain Glass France | By: /s/ Collins J. Seitz, Jr.<br>Collins J. Seitz, Jr. (I.D. #2237)<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Tel: (302) 658-9141<br><br>Attorneys for Automotive Components Holdings, LLC |

Dated: June 24, 2007
Wilmington, Delaware

SO ORDERED:

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE