AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following  X  Patents or ___ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 06cv446 | 7/21/06 | DISTRICT OF DELAWARE |

| PLAINTIFF | DEFENDANT |
|---|---|
| Saint-Gobain Glass France | Automotive Components Holdings LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,368,917 | 11/29/94 | Saint Gobain Vitrage International |
| 2 | 6,821,629 B2 | 11/23/04 | Saint-Gobain Glass France |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED STIPULATION AND ORDER OF DISMISSAL |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | Lucy E. Crescenzo (signature) | 6/24/07 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following  X  Patents or ___ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 06cv446 | 7/21/06 | DISTRICT OF DELAWARE |

| PLAINTIFF | DEFENDANT |
|---|---|
| Saint-Gobain Glass France | Automotive Components Holdings LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,368,917 | 11/29/94 | Saint Gobain Vitrage International |
| 2 | 6,821,629 B2 | 11/23/04 | Saint-Gobain Glass France |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED STIPULATION AND ORDER OF DISMISSAL |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | *Lucy E. Crescenzo* (signature) | 6/24/07 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN GLASS FRANCE, | ) |
| Plaintiff, | ) Civil Action No. 06-446 (JJF) |
| v. | ) |
| AUTOMOTIVE COMPONENTS HOLDINGS, LLC, | ) |
| Defendant. | ) |

STIPULATION AND ORDER OF DISMISSAL

The parties hereto have reached an Agreement settling this matter. Pursuant to this Agreement, the parties, by their counsel, stipulate that plaintiff's claims shall be dismissed with prejudice, defendant's counterclaims shall be dismissed without prejudice, and each party shall bear its own attorney fees and costs. The dismissal of defendant's counterclaims without prejudice shall not be construed as varying the terms of the Agreement.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (I.D. #2246)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br><br>Attorneys for Saint-Gobain Glass France | By: /s/ Collins J. Seitz, Jr.<br>Collins J. Seitz, Jr. (I.D. #2237)<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Tel: (302) 658-9141<br><br>Attorneys for Automotive Components Holdings, LLC |

Dated: June 24, 2007
Wilmington, Delaware

SO ORDERED:

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE